```
D. MITCHELL TAYLOR (SBN 109444)
LAW OFFICES OF D. MITCHELL TAYLOR
2350 West Shaw Avenue, Suite 105
Fresno, California 93711
Telephone: (559) 431-1333
Facsimile: (559) 431-4153

Attorney for Plaintiff,
LORETTA GONZALES
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA GONZALES<br><br>              Plaintiff,<br><br>      vs.<br><br>UNITED STATES OF AMERICA<br>and MIKE DONE, an individual, and<br>AMERICAR, a California Corporation,<br>and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. CIV-F-04-6438 REC LJO<br><br>STIPULATION AND PROPOSED ORDER<br>ON VOLUNTARY DISMISSAL |

   IT IS HEREBY STIPULATED by and between the parties hereto by and through their respective counsel that the complaint filed in the above-entitled action is dismissed with prejudice.  This voluntary dismissal is based upon the fact that this case has settled in its entirety.

   The parties hereto are to bear their own fees and costs.

DATED: April __8__, 2005        LAW OFFICES OF D. MITCHELL TAYLOR


                                 /s/ D. MITCHELL TAYLOR
                                D. MITCHELL TAYLOR
                                Attorney for Plaintiff, LORETTA GONZALES

---

Stipulation and Proposed Order on Voluntary Dismissal

1

| | | |
|---|---|---|
| DATED: April __11__, 2005 | | LAW OFFICES OF JACOBSON, HANSEN, NAJARIAN & McQUILLAN |

 /s/ JASON DECKER
By: JASON DECKER
   Attorney for Defendants, AMERICAR and MIKE DONE

DATED: April __11__, 2005        UNITED STATES ATTORNEY

 /s/ KRISTI C. KAPETAN
By: KRISTI C. KAPETAN
   Assistant U.S. Attorney

**ORDER**

_____Good cause appearing,

IT IS SO ORDERED.

**Dated:     April 22, 2005**                    /s/ Lawrence J. O'Neill
69ed48                                  UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order on Voluntary Dismissal